# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**PETER J. MESSITTE**
**UNITED STATES DISTRICT JUDGE**

**6500 CHERRYWOOD LANE**
**GREENBELT, MARYLAND 20770**
**301-344-0632**

## M E M O R A N D U M

TO: Clerk of Court
Counsel of Record

FROM: Judge Peter J. Messitte

RE: Sona Laser Centers, Inc. v. Capital Works, LLC et al.
Civil Case No. PJM 06-466

DATE: March 27, 2006

******

The Court has received the above transferred case from the Eastern District of Virginia. By order of Judge Ellis, all proceedings in this case were stayed pending the outcome of the arbitration proceedings, and it was transferred to this Court for further proceedings and to be consolidated with *CapitalWorks, LLC v. Sona International Corp. et al.*, PJM-05-1804.

Accordingly, the Clerk is hereby directed to CONSOLIDATE cases PJM-05-1804 and PJM-06-466, MAKE PJM-05-1804 the LEAD case, and ADMINISTRATIVELY CLOSE case PJM-06-466 until further notice. The parties shall inform the Court of the outcome of the arbitration.

Despite the informal nature of this ruling, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

/s/
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE